# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF FLORIDA
# TAMPA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>                 Plaintiff, )<br>-against- )<br>)<br>CHRISTY YAMANAKA, )<br>)<br>                 Defendant. )<br>_____) | Case No. 10-CR-00184-JDW-TBM<br><br>**ORDER FOR ADMISSION<br>PRO HACE VICE<br>ON WRITTEN MOTION** |

Upon the motion of A. Fitzgerald Hall, attorney appearing as local counsel for Attorney Joseph Tacopina, who seeks permission to be admitted pro hac vice to represent Defendant, Christy Yamanaka, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Joseph Tacopina
    TACOPINA SEIGEL & TURANO P.C.
    275 Madison Avenue
    New York, New York 10016
    (212) 227-8877
    (212) 619-1028 fax
    jtacopina@tacopinalaw.com

is admitted to practice pro hac vice as counsel for Defendant, Christy Yamanaka, in the above captioned case in the United States District Court for the Middle District of Florida. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case

Filing (ECF) system. counsel shall immediately apply for an ECF password at flmd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
Tampa, Florida

_____
United States District/Magistrate Judge